# UNITED STATES COURT OF APPEALS

# FOR THE SEVENTH CIRCUIT

No. 24-2941; 24-2942

GENESYS CLOUD SERVICES, INC.

v.

TALKDESK, INC.


and


GENESYS CLOUD SERVICES, INC.

v.

MARK HERTEL


**APPELLANT DOCKETING STATEMENT**


**1.   Statement Concerning the District Court's Jurisdiction**

The District Court had jurisdiction over the subject matter of this action pursuant to 28 U.S.C. section 1331, which specifically confers subject matter jurisdiction on the District Court for "civil actions arising under the Constitution, laws, or treaties of the United States." Specifically, the action arose in part under the federal Defend Trade Secrets Act, 18 U.S.C. 1836 et seq., and pursuant to 28 U.S.C. 1367 because the supplemental state law claims arose out of the same case or controversy as the federal claims.

**2.   Statement Concerning Appellate Jurisdiction**

The Court of Appeals has jurisdiction over this appeal as conferred by 28 U.S.C. section 1291, because this is an appeal taken from a final judgment. See D.I. 659.

a) Date of Entry of Judgment: **September 25, 2024**

b) Filing date of any motions claimed to toll the time within which to appeal: **none**

c) Disposition of motion described in section (2)(ii): **Not applicable**

d) Filing date of the Notice of Appeal: **October 25, 2024**

e) There is no remaining party with pending claims in district court.

f) This appeal is not from a magistrate judge's decision.

3. **Counsel of Record**

   A. Counsel of Record for Defendants – Appellants:

   > David S. Moreland (Admitted)
   > Meunier Carlin & Curfman LLC
   > 999 Peachtree Street NE, Suite 1300
   > Atlanta, Georgia 30309
   > dmoreland@mcciplaw.com

   B. Counsel of Record for Plaintiff – Appellee:

   > John R. Maley
   > Barnes & Thornburg LLP
   > 11 South Meridian Street
   > Indianapolis, Indiana 46204
   > jmaley@btlaw.com

   > Kathleen M. Anderson
   > Barnes & Thornburg LLP
   > 888 South Harrison Street, Suite 600
   > Fort Wayne, Indiana 46802
   > kanderson@btlaw.com

4. **Prior Appellate Proceedings**

There are no prior appeals to this Court in this matter.

Respectfully submitted,

Dated: November 1, 2024                    */s/ David S. Moreland*

David S. Moreland
MEUNIER CARLIN & CURFMAN LLC

999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
Telephone: 404-645-7700
Email: dmoreland@mcciplaw.com

*Attorney for Defendants-Appellants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 1, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>*/s/ David S. Moreland*</u>
David S. Moreland